Cite as 2018 Ark. 367

# SUPREME COURT OF ARKANSAS

No. CV–18–861

CHIEF JUSTICE JOHN DAN KEMP;
ASSOCIATE JUSTICE JOSEPHINE
LINKER HART; ASSOCIATE
JUSTICE SHAWN A. WOMACK;
ASSOCIATE JUSTICE KAREN R.
BAKER; AND ASSOCIATE JUSTICE
RHONDA K. WOOD
PETITIONERS

V.

EXECUTIVE DIRECTOR DAVID
SACHAR; SPECIAL COUNSEL J.
BRENT STANDRIDGE; AND
ARKANSAS JUDICIAL DISCIPLINE
AND DISABILITY COMMISSION
RESPONDENTS

Opinion Delivered: December 19, 2018

EXPEDITED PETITION AND
AMENDED EXPEDITED PETITION
FOR WRIT OF MANDAMUS, WRIT
OF PROHIBITION, AND/OR WRIT
OF CERTIORARI; REQUEST FOR
EXPEDITED RESPONSE TIME

FROM THE JUDICIAL DISCIPLINE
AND DISABILITY COMMISSION
[NOS. 17-181, 17-184, 17-185, 17-186,
AND 17-187]

PETITION AND AMENDED
PETITION FOR WRIT OF
MANDAMUS, WRIT OF
PROHIBITION, AND WRIT OF
CERTIORARI ARE MOOT.

## PER CURIAM

On October 17, 2018, petitioners, Chief Justice John Dan Kemp, Associate Justice Josephine Linker Hart, Associate Justice Shawn A. Womack, Associate Justice Karen R. Baker, and Associate Justice Rhonda K. Wood, five of the current Justices of the Arkansas Supreme Court, filed an Expedited Petition for Writ of Mandamus, Writ of Prohibition, and/or Writ of Certiorari. Petitioners filed their amended petition on October 18, 2018. The petition and amended petition seek the immediate dismissal of the Statements of Allegations filed against the petitioners by an Investigative Panel of the Arkansas Judicial Discipline and Disability Commission (the "Commission") in Commission Case Nos. 17-181, 17-184, 17-185, 17-186, and 17-187.

On November 21, 2018, the Commission entered an order dismissing the Statements of Allegations in all five cases. As the Commission has entered an order granting petitioners all the relief they request, the Expedited Petition for Writ of Mandamus, Writ of Prohibition, and/or Writ of Certiorari and the Amended Expedited Petition for Writ of Mandamus, Writ of Prohibition, and/or Writ of Certiorari are moot. *Griffin v. Alexander*, 2017 Ark. 235.

Petition and amended petition for writ of mandamus, writ of prohibition, and writ of certiorari are moot.

Special Chief Justice GRANT FORTSON, and Special Justices BENNETT NOLAN, WALTER COX, DAVID CURRAN, CURTIS HITT, CHALK MITCHELL, and JANET MOORE agree.

KEMP, C.J., and BAKER, GOODSON, HART, WOOD, WYNNE, AND WOMACK, JJ., not participating.